Larry GLEGHORN, Appellant,

v.

Don MELTON, in his individual capacity; Thomas Mars, in his individual capacity; Steve Dozier, in his official capacity as Director of the Arkansas State Police Department; Jerry Davis, in his capacity as Chairman of the Arkansas State Police Commission; Arkansas State Police, Appellees.

No. 07–2349.

United States Court of Appeals, Eighth Circuit.

Submitted: July 1, 2008.

Filed: July 9, 2008.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Larry Gleghorn appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Turner v. Honeywell Fed. Mfg. & Techs., LLC,* 336 F.3d 716, 719–20 (8th Cir.2003), we see no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.